DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARWIN A. DAVIS,**
Appellant,

v.

**ALICIA C. DAVIS,**
Appellee.

No. 4D20-2440

[September 15, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. FMCE-12-010463 (36).

Gustavo E. Frances of The Law Office of Gustavo E. Frances, P.A., Fort Lauderdale, for appellant.

Ryan C. Tyler and Kimberly L. Boldt of Ratzan, Weissman & Boldt, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***